**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 2, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00763-CV

---

### ROLAND GUTIERREZ, Appellant

### V.

### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

---

**On Appeal from the 419th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-22-002848**

---

### MEMORANDUM  OPINION

This is an appeal from orders signed August 10, 2022. On January 25, 2023, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.